

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,674

### EX PARTE PEDRO SOLIS SOSA

### ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS
### FILED IN CAUSE NO. 7729 IN THE 81ST DISTRICT COURT
### ATASCOSA COUNTY

*Per curiam*.

### O R D E R

In November 1984, a jury found applicant guilty of the offense of capital murder. The jury answered the statutory punishment questions in such a way that the trial court set applicant's punishment at death. This Court affirmed applicant's conviction and sentence on direct appeal. *Sosa v. State*, 769 S.W.2d 909 (Tex. Crim. App. 1989). On November 2, 2011, this Court filed and set the mental retardation claim raised in applicant's second subsequent habeas application and, on April 25, 2012, the Court remanded the issue to the trial court to consider the factors we established in *Ex parte Briseno*, 135 S.W.3d 1 (2004).

It has now been more than two years since the application was remanded to the

trial court.  Therefore, the trial court is ordered to finish resolving the issue in the case and enter findings of fact and conclusions of law within 60 days of the date of this order. The district clerk shall immediately thereafter forward to this Court the complete record of the case.  No extensions of time shall be entertained without a showing of good cause.

IT IS SO ORDERED THIS THE 18TH DAY OF JUNE, 2014.

Do Not Publish